UNITED STATES of America,
Plaintiff–Appellee,

v.

David CHARLES, Defendant–Appellant.

No. 05–20060.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Feb. 24, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

David Charles, Seagoville, TX, pro se.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and PRADO, Circuit Judges.

---

PER CURIAM: *

The attorney appointed to represent David Charles has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Charles has not filed a response to the motion. Our independent review of the brief and the record discloses no nonfrivolous issues for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.